# United States Court of Appeals
### For The District of Columbia Circuit
_____

No. 16-7077　　　　　　　　　　　　　　　　　　September Term, 2016

1:12-cv-01769-RC

Filed On: February 17, 2017 [1661993]

Jennifer B. Campbell,

     Appellee

    v.

District of Columbia, A Municipal Corporation,

     Appellant

Wayne Turnage, In his official capacity as Director, District of Columbia Department of Health Care Finance,

     Appellee

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | April 3, 2017 |
| Appellant's Reply Brief | April 17, 2017 |
| Deferred Appendix | April 24, 2017 |
| Final Briefs | May 8, 2017 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Michael C. McGrail
Deputy Clerk