NOT YET SCHEDULED FOR ORAL ARGUMENT

---

NO. 16-7077

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

JENNIFER B. CAMPBELL,
APPELLEE

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

---

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**UNOPPOSED MOTION OF JENNIFER B. CAMPBELL
TO SUPPLEMENT THE DEFERRED JOINT APPENDIX**

---

Appellee Jennifer B. Campbell moves this Court for leave to supplement the Joint Appendix to include the following three items:

1. The transcript from the Pretrial Conference;

2. The District Court's proposed jury instructions; and

3. The District Court's proposed verdict form.

The transcript from the Pretrial Conference was inadvertently omitted from

the Joint Appendix.

The District Court's proposed jury instructions and proposed verdict form are not listed on the trial court docket. They were distributed by the District Court to the parties during the trial. However, both documents are referenced and discussed during trial proceedings on December 10, 2015.

Appellee requests to supplement the Joint Appendix by submitting the above-listed documents as "Joint Appendix Volume IV."

Appellants do not oppose the requested relief.

Dated:  May 19, 2017                                  Respectfully submitted,


                                                      Alan Lescht and Associates, P.C.


                                                      _____/s/_____

                                                      Alan Lescht
                                                      Sara McDonough
                                                      1050 17th Street, NW, Suite 400
                                                      Washington, DC 20036
                                                      Tel:  (202) 463-6036
                                                      Fax:  (202) 463-6067
                                                      alan.lescht@leschtlaw.com
                                                      sara.mcdonough@leschtlaw.com
                                                      *Counsel for Appellee*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May 2017, a copy of the foregoing was served via ECF on:

KARL A. RACINE
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

HOLLY M. JOHNSON
Assistant Attorney General
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
Tel:  (202) 442-9890
Fax:  (202) 715-7713
holly.johnson@dc.gov
*Counsel for Appellants*

                                         /s/

                                   Alan Lescht

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document complies with the type-volume limit of Fed. R. App. P. 32(g) and contains 124 words, excluding exempted parts.

This document also complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5–6) because it has been prepared in a proportionally-spaced typeface using Microsoft Word 2013 in 14 point Times New Roman.

/s/

Alan Lescht

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2017, electronic copies of this Unopposed Motion to Supplement the Deferred Joint Appendix were served through the Court's ECF system on:

KARL A. RACINE
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

RICHARD S. LOVE [340455]
Senior Assistant Attorney General
Office of the Solicitor General
Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
Tel: (202) 724-6635
Fax: (202) 730-0491
richard.love@dc.gov
*Counsel for Appellant*

                                        /s/ Sara N. McDonough
                                        SARA N. McDONOUGH